**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| ER GROUP, LLC d/b/a ENGINEERED RIGGING, | ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Case No: |
| CHARLES KITCHEN and KIMBERLY KITCHEN, | ) ) ) | |
| Defendants. | ) | |

**VERIFIED COMPLAINT FOR DAMAGES & INJUNCTIVE RELIEF**

**COMES NOW** Plaintiff, ER Group, LLC d/b/a Engineered Rigging ("Plaintiff") by counsel, and

for its Verified Complaint for Damages & Injunctive Relief against the Defendants, Charles

Edward Kitchen and Kimberly Kitchen ("Defendants"), states and alleges as follows:

**PARTIES & JURISDICTION**

1.  Plaintiff is a Limited Liability Company headquartered in and domiciled in the State of Indiana.

2.  Defendants are residents of and domiciled in the State of Virginia.

3.  The issues set forth herein confer jurisdiction to this Court pursuant to 28 U.S.C. § 1331

(Federal question) and 28 U.S.C. § 1332 (diversity).

**FACTS**

4.  Plaintiff reiterates and reincorporates Paragraphs 1 – 3 as if fully set forth herein.

5.  Since 2012, Plaintiff had planned tested and discussed the operation of his business in the field

of heavy lifting, fabrication and hauling services industry ("Plaintiff Services").

6.  Prior to 2014, Plaintiff had adopted and continuously used the trademark "ENGINEERED

RIGGING" (the "ENGINEERED RIGGING Trademark") in various forms and styles in

applications, including letterhead, invoices, quotes, business documents, advertising and

promotional materials to identify and promote Plaintiff Services in intrastate and interstate commerce.

7. Prior to 2014, Plaintiff has asserted sole and exclusive ownership and rights to the use of "ENGINEERED RIGGING" as the trademark for Plaintiff Services.

8. Plaintiff is the owner and registrant of U.S. Trademark Registration No. 6,152,822 registered September 15, 2020, from U.S. Trademark Application Serial Number 88/820,806 filed March 4, 2020, or the stylized mark "ENGINEERED RIGGING RE" for engineering services in the field of heavy lifting, fabrication and hauling solutions in industry ("Exhibit A").

9. Plaintiff is also the owner and registrant of U.S. Trademark Registration No. 6,157,491 registered September 22, 2020, from U.S. Trademark Application Serial Number 88/821,197 filed March 4, 2020, for the stylized mark "ER ENGINEERED RIGGING" for engineering services in the field of heavy lifting, fabrication and hauling solutions ("Exhibit B").

10. Prior to 2014, Plaintiff has consistently used the engineeredrigging.com domain name and website for Plaintiff's business and Plaintiff Services.

11. Prior to 2014, Plaintiff has sent and received email correspondence for purposes related to Plaintiff's business and Plaintiff Services using the domain name extension "@engineeredrigging.com."

12. Defendants were former members and equity interest holders in Plaintiff's business.

13. In 2025, Plaintiff bought out Defendants' entire interest in Plaintiff's business.

14. After having demonstrated the operational viability of Engineered Rigging as a subsidiary of PSC, Christopher Cox, president of ER Group, filed the initial registration of the corporate entity that became Engineered Rigging in Texas on May 1, 2014.

15. The domain name, @engineeredrigging.com, was purchased and registered on the GoDaddy server by Defendants on April 29, 2014, 48 hours before Mr. Cox formed Engineered Rigging in Texas. ("**Exhibit C**").

16. On July 18, 2025, Defendants, without ER Group's authorization, and with the assistance of YesTeck Inc., usurped control of the "engineeredrigging.com" domain name and as of date this action was filed, Defendants continue to maintain control of this domain name.

17. Since July 18, 2025, Defendants have commandeered and redirected Plaintiff's email communications under "@engineeredrigging.com" and Plaintiff has been unable to access such emails to the detriment of Plaintiff's business.

18. Since July 18, 2025, consumers and the public attempting to use Plaintiff's mark (engineeredrigging.com) are met with confusion when searching the world wide web for this entity.

19. Since July 18, 2025, consumers, customers, and prospective customers trying to do business with Plaintiff and email them (for example at Info@Engineeredrigging.com) are left with no response, as the current whereabouts of these emails is unknown to Plaintiff.

20. As a direct and proximate result of the Defendants actions, Plaintiff has and continues to suffer immeasurable damages, some of which are permanent and may be irreparable.

## COUNT I
## LANHAM ACT VIOLATIONS

21. Plaintiff reincorporates and reiterates Paragraphs 1-20 as if fully set forth herein.

22. Count I is brough pursuant to 15 U.S.C. 1125(a) the Lanham Act.

23. Defendants action set forth herein in connection with the engineeredrigging.com domain name and the email communications using @engineeredrigging.com have caused and will continue to

cause confusion and mistake in the minds of consumers as to the affiliation, connection or association between Plaintiff and Defendants in marketplace.

24. Defendants' action regarding the "engineeredrigging.com" domain name and the email communication using @engineeredrigging.com were intended to confuse and deceive customers.

25. Defendants' action is a violation of the Lanham Act.

26. Defendants' conduct has and continues to cause Plaintiff significant, irreparable damages, such as, but not limited to, consumer confusion, destruction of its goodwill and reputation and lost business opportunities.

27. Defendants' conduct has and continues to cause Plaintiff significant damages, some of which may be permanent, such as, but not limited to, lost profits and revenue, destruction of its goodwill and reputation and lost business opportunities.

28. Plaintiff is entitled to injunctive relief pursuant to the Lanham Act.

29. Plaintiff is entitled to statutory damages.

**WHEREFORE**, Plaintiff, by counsel, prays that this Honorable Court enjoin Defendants from taking any action with or related to the URL engineeredrigging.com, and the email tag @engineeredrigging.com, to enjoin and force Defendants to immediately provide this asset (URL credentials) to Plaintiff, for judgment against the Defendant(s) in an amount that will adequately compensate them for their damages, to include statutory fees and damages, attorney's fees and costs, costs for any frivolously asserted affirmative defenses, and for all other relief deemed just and proper in the premises.

## COUNT II
## UNFAIR COMPETITION

30. Plaintiff reincorporates and reiterates Paragraphs 1-29 as if fully set forth herein.

31. Count II is brought pursuant to the unfair competition common law of the state of Indiana.

32. Defendants' actions constitute a violation of Indiana Law.

33. Plaintiff has and continues to suffer damages because of Defendants' conduct.

**WHEREFORE**, Plaintiff, by counsel, prays that this Honorable Court enjoin Defendants from taking any action with or related to the URL engineeredrigging.com, and the email tag @engineeredrigging.com, to enjoin and force Defendants to immediately provide this asset (URL credentials) to Plaintiff, for judgment against the Defendant(s) in an amount that will adequately compensate them for their damages, to include statutory fees and damages, attorney's fees and costs, costs for any frivolously asserted affirmative defenses, and for all other relief deemed just and proper in the premises.

## COUNT III
## ANTI-CYBERSQUATTING CONSUMER PROTECTION ACT

34. Plaintiff reincorporates and reiterates Paragraphs 1-33 as if fully set forth herein.

35. This Count is brought pursuant to the 15 U.S.C. § 1125(d) the Anti-Cybersquatting Consumer Protection Act.

36. Plaintiff has valid and exclusive trademark rights in the ENGINEERED RIGGING mark and is entitled to protection.

37. Defendants' seizure and continued control of the engineeredrigging.com domain name were done with bad faith and intent to profit and misdirect consumers from Plaintiff's business.

38. Plaintiff has and continues to suffer damages because of Defendants' conduct.

39. Defendants' conduct violates 15 U.S.C. § 1125(d).

40. Plaintiff is entitled to all allowable damages against the Defendants for their violations of the Anti-Cybersquatting Consumer Protection Act.

**WHEREFORE**, Plaintiff, by counsel, prays that this Honorable Court enjoin Defendants from taking any action with or related to the URL engineeredrigging.com, and the email tag

@engineeredrigging.com, to enjoin and force Defendants to immediately provide this asset (URL credentials) to Plaintiff, for judgment against the Defendant(s) in an amount that will adequately compensate them for their damages, to include statutory fees and damages, attorney's fees and costs, costs for any frivolously asserted affirmative defenses, and for all other relief deemed just and proper in the premises.

**COUNT IV**
**CRIME VICTIM RELIEF ACT**

41. Plaintiff reasserts and reincorporates Paragraph 1-40 as if fully set forth herein.

42. Defendants' conduct taken against Plaintiff violate I.C. § 35-43-1-8, therefore, pursuant to I.C. § 34-24-3-1, Plaintiff is entitled to statutory damages.

**WHEREFORE**, Plaintiff, by counsel, prays that this Honorable Court enjoin Defendants from taking any action with or related to the URL engineeredrigging.com, and the email tag @engineeredrigging.com, to enjoin and force Defendants to immediately provide this asset (URL credentials) to Plaintiff, for judgment against the Defendant(s) in an amount that will adequately compensate them for their damages, to include statutory fees and damages, attorney's fees and costs, costs for any frivolously asserted affirmative defenses, and for all other relief deemed just and proper in the premises.

**COUNT V**
**INJUNCTIVE RELIEF**

43. Plaintiff reasserts and reincorporates Paragraph 1-42 as if fully set forth herein.

44. The Lanham specifically provides for injunctive relief in these situations. 15 U.S.C. § 1116.

45. Plaintiff prays for injunctive relief against the Defendants, wherein this Honorable Court enjoins them from taking any action with or related to the URL ("engineereerigging.com," and the email tag @engineeredrigging.com), and to enjoin them to provide this (credentials) to Plaintiff.

**WHEREFORE**, Plaintiff, by counsel, prays that this Honorable Court enjoin Defendants from taking any action with or related to the URL engineeredrigging.com, and the email tag @engineeredrigging.com, to enjoin and force Defendants to immediately provide this asset (URL credentials) to Plaintiff, for judgment against the Defendant(s) in an amount that will adequately compensate them for their damages, to include statutory fees and damages, attorney's fees and costs, costs for any frivolously asserted affirmative defenses, and for all other relief deemed just and proper in the premises.

**COUNT VI**
**JURY DEMAND**

46. Plaintiff reasserts and reincorporates Paragraphs 1-45 as if fully set forth herein.

47. Plaintiff demands a jury trial on all issues so triable.

**VERIFICATION**

I affirm under the pains and penalties of perjury that the above and foregoing representations are true and accurate to the best of my knowledge and/or belief.

_____        10-10-2025
Christopher Cox, President ER Group, LLC        Date
d/b/a Engineered Rigging

Respectfully Submitted,

JOE MAY LAW, LLC

Valparaiso: 911 Wall St. STE L. Valparaiso, IN 46383
Hebron:121 N. Main St. Hebron, IN 46341
Tel: 219.286.2583
Joe@Joemaylaw.com
One of Plaintiff's Attorneys

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,152,822**

**Registered Sep. 15, 2020**

**Int. Cl.: 42**

**Service Mark**

**Principal Register**

ER Group, LLC (INDIANA LIMITED LIABILITY COMPANY)
409 East Linclonway, Suite 3
Valparaiso, INDIANA 46383

CLASS 42: Engineering services in the field of heavy lifting, fabrication and hauling solutions in industry

FIRST USE 1-1-2017; IN COMMERCE 1-1-2018

The colors black, white, and blue are claimed as a feature of the mark.

The mark consists of a design consisting of two concentric circles, the outer circle in blue, and the inner circle in white, with the stylized letter "E" in black within the inner circle, and the stylized letter "R" in white overlaid on top of the letter "E". In the top portion of the outer circle is the stylized wording "ENGINEERED" in white, and in the bottom portion of the outer circle is the stylized wording "RIGGING" in white. The remaining color white represents background and/or transparent areas and is not claimed as a feature of the mark.

No claim is made to the exclusive right to use the following apart from the mark as shown: "ENGINEERED RIGGING"

SER. NO. 88-820,806, FILED 03-04-2020



Andrei Iancu

Director of the United States
Patent and Trademark Office



EXHIBIT
A



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE                    | Back to Search |        Print

Generated on: This page was generated by TSDR on 2025-07-25 07:38:54 EDT

Mark: ENGINEERED RIGGING RE

US Serial Number: 88820806
US Registration Number: 6152822
Register: Principal
Mark Type: Service Mark
TM5 Common Status Descriptor:

Application Filing Date: Mar. 04, 2020
Registration Date: Sep. 15, 2020

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status: Registered. The registration date is used to determine when post-registration maintenance documents are due.

Status Date: Sep. 15, 2020

Publication Date: Jun. 30, 2020

## Mark Information

Mark Literal Elements: ENGINEERED RIGGING RE

Standard Character Claim: No

Mark Drawing Type: 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

Description of Mark: The mark consists of a design consisting of two concentric circles, the outer circle in blue, and the inner circle in white, with the stylized letter "E" in black within the inner circle, and the stylized letter "R" in white overlaid on top of the letter "E". In the top portion of the outer circle is the stylized wording "ENGINEERED" in white, and in the bottom portion of the outer circle is the stylized wording "RIGGING" in white. The remaining color white represents background and/or transparent areas and is not claimed as a feature of the mark.

Color Drawing: Yes

Color(s) Claimed: The colors black, white, and blue are claimed as a feature of the mark.

Disclaimer: "ENGINEERED RIGGING"

Design Search Code(s): 01.09.01 - Saturn or other planets with rings
26.01.08 - Circles having letters or numerals as a border; Circles having punctuation as a border; Letters, numerals or punctuation forming or bordering the perimeter of a circle
26.01.17 - Circles, two concentric; Concentric circles, two; Two concentric circles
26.01.21 - Circles that are totally or partially shaded.

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

Owner Name: ER Group, LLC

Owner Address: 409 East Lincolnway, Suite 3
Valparaiso, INDIANA UNITED STATES 46383

Legal Entity Type:  LIMITED LIABILITY COMPANY          State or Country Where  INDIANA
                                                        Organized:

Attorney/Correspondence Information

Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Sep. 15, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 30, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 30, 2020 | PUBLISHED FOR OPPOSITION | |
| Jun. 10, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 22, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 22, 2020 | EXAMINER'S AMENDMENT ENTERED | |
| May 22, 2020 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| May 22, 2020 | EXAMINERS AMENDMENT E-MAILED | |
| May 22, 2020 | EXAMINERS AMENDMENT -WRITTEN | |
| May 22, 2020 | ASSIGNED TO EXAMINER | |
| Mar. 11, 2020 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Mar. 10, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Mar. 07, 2020 | NEW APPLICATION ENTERED | |

TM Staff and Location Information

Assignment Abstract Of Title Information - Click to Load

Proceedings - Click to Load

Feedback

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,157,491**

**Registered Sep. 22, 2020**

**Int. Cl.: 42**

**Service Mark**

**Principal Register**

ER Group, LLC  (INDIANA LIMITED LIABILITY COMPANY)
409 East Linclonway, Suite 3
Valparaiso, INDIANA 46383

CLASS 42: Engineering services in the field of heavy lifting, fabrication and hauling solutions

FIRST USE 1-1-2019; IN COMMERCE 1-1-2019

The colors white, black, and blue are claimed as a feature of the mark.

The mark consists of the stylized wording "ENGINEERED RIGGING" in black to the right of a design consisting of two concentric circles, the outer circle in blue, and the inner circle in white, with the stylized letter "E" in black within the inner circle, and the stylized letter "R" in white overlaid on top of the letter "E". The remaining color white represents background and/or transparent areas and is not claimed as a feature of the mark.

No claim is made to the exclusive right to use the following apart from the mark as shown: "ENGINEERED RIGGING"

SER. NO. 88-821,197, FILED 03-04-2020







*Andrei Iancu*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE                                        Back to Search          Print

Generated on: This page was generated by TSDR on 2025-07-25 07:37:15 EDT

Mark: ER ENGINEERED RIGGING

US Serial Number: 88621197                     Application Filing Date: Mar. 04, 2020

US Registration Number: 6157491                     Registration Date: Sep. 22, 2020

Register: Principal

Mark Type: Service Mark

TM5 Common Status                              LIVE/REGISTRATION/Issued and Active
Descriptor:
                                               The trademark application has been registered with the Office.

Status: Registered. The registration date is used to determine when post-registration maintenance documents are due.

Status Date: Sep. 22, 2020

Publication Date: Jul. 07, 2020

## Mark Information

Mark Literal Elements: ER ENGINEERED RIGGING

Standard Character Claim: No

Mark Drawing Type: 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

Description of Mark: The mark consists of the stylized wording "ENGINEERED RIGGING" in black to the right of a design consisting of two concentric circles, the outer circle in blue, and the inner circle in white, with the stylized letter "E" in black within the inner circle, and the stylized letter "R" in white overlaid on top of the letter "E". The remaining color white represents background and/or transparent areas and is not claimed as a feature of the mark.

Color Drawing: Yes

Color(s) Claimed: The colors white, black, and blue are claimed as a feature of the mark.

Disclaimer: "ENGINEERED RIGGING"

Design Search Code(s): 26.01.01 - Equivalence are:

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Engineering services in the field of heavy lifting, fabrication and hauling solutions

International Class(es): 042 - Primary Class                     U.S Class(es): 100, 101

Class Status: ACTIVE

First Use: Jan. 01, 2019                     Use in Commerce: Jan. 01, 2019

## Basis Information (Case Level)

Filed Use: No                              Currently Use: Yes

| | | | |
|---|---|---|---|
| Filed ITU: No | | Currently ITU: No |
| Filed 44D: No | | Currently 44D: No |
| Filed 44E: No | | Currently 44E: No |
| Filed 66A: No | | Currently 66A: No |
| Filed No Basis: Yes | | Currently No Basis: No |

## Current Owner(s) Information

Owner Name: ER Group, LLC

Owner Address: 409 East Lincionway, Suite 3
Valparaiso, INDIANA UNITED STATES 46383

Legal Entity Type: LIMITED LIABILITY COMPANY

State or Country Where  INDIANA
Organized:

## Attorney/Correspondence Information

Attorney of Record - None

Correspondent

Correspondent  ER Group, LLC
Name/Address:  409 East Lincionway, Suite 3
Valparaiso, INDIANA UNITED STATES 46383

Phone:  312-848-2370

Correspondent e-mail:  rsohlyer@engineeredrigging.com
rsohlyer@engineeredrigging.com
schlylaw@gmail.com

Correspondent e-mail  Yes
Authorized:

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 26, 2020 | REVIEW OF CORRESPONDENCE COMPLETE - CERTIFICATE OF REG MAILED | |
| Sep. 22, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 07, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 07, 2020 | PUBLISHED FOR OPPOSITION | |
| Jun. 17, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 04, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 04, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jun. 04, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jun. 01, 2020 | ASSIGNED TO LIE | |
| May 22, 2020 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 22, 2020 | NOTIFICATION OF EXAMINER'S AMENDMENT/PRIORITY ACTION E-MAILED | |
| May 22, 2020 | EXAMINER'S AMENDMENT/PRIORITY ACTION E-MAILED | |
| May 22, 2020 | COMBINED EXAMINER'S AMENDMENT/PRIORITY ACTION AUTOMATIC ENTRY | |
| May 22, 2020 | EXAMINERS AMENDMENT AND/OR PRIORITY ACTION - COMPLETED | |
| May 22, 2020 | ASSIGNED TO EXAMINER | |
| Mar. 11, 2020 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Mar. 10, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Mar. 07, 2020 | NEW APPLICATION ENTERED | |

TM Staff and Location Information

TM Staff Information - None

File Location

Current Location:  PUBLICATION AND ISSUE SECTION          Date in Location:  Sep. 22, 2020

Assignment Abstract Of Title Information - Click to Load

Proceedings - Click to Load

Feedback

Filed: 7/24/2025 4:44 PM
Clerk
Lake County, Indiana

STATE OF INDIANA      )
                 ) SS:
COUNTY OF LAKE      )

IN THE INDIANA COMMERCIAL COURT

CASE NO. 45D01-2409-PL-575

KIMBERLY AND CHARLES KITCHEN, )
                    )
    Plaintiffs,       )
                    )
v.                    )
                    )
NATALIA AND CHRISTOPHER COX   )
And ER GROUP, LLC,       )
                    )
    Defendants.      )

**EXHIBIT 1**

### Affidavit of Charles Edward Kitchen

Charles Edward Kitchen, being duly sworn upon his oath, states as follows:

1.     My name is Charles Edward Kitchen, I am over eighteen years of age, I am competent to testify, and I have personal knowledge of all matters in this Affidavit.

2.     I received the May 28 email from Mr. May. My wife and I did not respond because the Settlement Agreement had already been signed and it did not include any requirement that we relinquish ownership over the "engineeredrigging.com" domain. Instead, we proceeded to closing under the terms of the Settlement Agreement.

3.     I established the "engineeredrigging.com" domain. I paid GoDaddy for the registration and have continued to pay for the continued ownership of that domain. These payments were made through Kitchen's Crane & Equipment's American Express cards. Attached as Exhibit 1.A is a true and accurate copy of a summary of invoices I received from GoDaddy for the "engineeredrigging.com" domain, which show the history of payments made for the domain, as well as receipts for the payments which were made.



EXHIBIT
C

4.    At no point has ER Group paid my wife, Kitchen's Crane, or myself to acquire ownership of the domain. At no point has ER Group reimbursed us for payments we made to maintain the domain.

5.    Attached as Exhibit 1.B is a true and accurate copy of a printout of a "Whois" search of the domain name "engineeredrigginggroup.com" through GoDaddy.com.

FURTHER AFFIANT SAYETH NAUGHT.

## Verification

I affirm, under the penalties for perjury, that the foregoing statements are true.

07/24/2025
_____
Date

_____
Eddy Kitchen

# EXHIBIT 1.A

| Invoices | Date | GoDaddy Product | Domain | Term | PAID | Contact | Address | Phone | Email | Credit Card Used | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3058615638 | 2024-04-29 Website Security Basic | engineeredrigg@ng.com | 2 Year | 29.98 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | info@Kitchensfq | CreditCard | Amex | 4003 |
| 3023118165 | 2024-04-08 .COM Domain Renewal | ENGINEEREDRIGGING.COM | 2 Year | 44.34 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | info@Kitchensfq | CreditCard | Amex | 4003 |
| 3023118165 | 2024-04-08 .COM Domain Renewal | ENGINEEREDRIGGING.COM | 2 Year | 44.34 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | info@Kitchensfq | CreditCard | Amex | 4003 |
| 3023118165 | 2024-04-08 Ultimate Domain Protection | ENGINEEREDRIGGING.COM | 2 Year | 65.98 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | info@Kitchensfq | CreditCard | Amex | 4003 |
| 3023118165 | 2024-04-08 Ultimate Domain Protection | ENGINEEREDRIGGING.COM | 2 Year | 0 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | info@Kitchensfq | CreditCard | Amex | 4003 |
| 3023118165 | 2024-04-08 Full Domain Privacy and Pro | ENGINEEREDRIGGING.COM | 2 Year | 0 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | info@Kitchensfq | CreditCard | Amex | 4003 |
| 2102854215 | 2022-04-301 .COM Domain Renewal | ENGINEEREDRIGGING.COM | 2 Year | 40.34 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 2102854215 | 2022-04-301 Ultimate Domain Protection | ENGINEEREDRIGGING.COM | 2 Year | 55.96 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 2102854215 | 2022-04-30 Website Security Basic | ENGINEEREDRIGGING.COM | 2 Year | 0 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 2102854215 | 2022-04-30 Website Security Basic | ENGINEEREDRIGGING.COM | 2 Year | 0 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 2102854215 | 2022-04-30 Full Domain Privacy and Pro | ENGINEEREDRIGGING.COM | 2 Year | 0 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 2102398778 | 2022-04-30 .COM Domain Renewal | engineeredrigg@ng.com | 2 Year | 9.98 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 1677433391 | 2020-04-30 Ultimate Domain Protection | ENGINEEREDRIGGING.COM | 2 Year | 55.96 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 1677433391 | 2020-04-30 Domain Ownership Protecti | ENGINEEREDRIGGING.COM | 2 Year | 36.34 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 1677433391 | 2020-04-29 Website Security Basic | ENGINEEREDRIGGING.COM | 2 Year | 0 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 1677433391 | 2020-04-30 .COM Domain Renewal | ENGINEEREDRIGGING.COM | 2 Year | 9.98 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 1576724645 | 2020-04-29 Website Security Basic | engineeredrigg@ng.com | 2 Year | 30.34 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 1301660576 | 2018-04-30 .COM Domain Renewal | ENGINEEREDRIGGING.COM | 2 Year | 55.96 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 1301660576 | 2018-04-30 Domain Ownership Protecti | ENGINEEREDRIGGING.COM | 2 Year | 0 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 1301660576 | 2018-04-30 Ultimate Domain Protection | ENGINEEREDRIGGING.COM | 2 Year | 0 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 1301660576 | 2018-04-30 Private Domain Registration | ENGINEEREDRIGGING.COM | 2 Year | 0 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 1301254470 | 2018-04-29 Certified Domain Renewal | ENGINEEREDRIGGING.COM | 2 Year | 0 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 995510729 | 2018-04-30 .COM Domain Renewal | ENGINEEREDRIGGING.COM | 2 Year | 65.94 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 995510729 | 2016-04-30 Domain Ownership Protecti | ENGINEEREDRIGGING.COM | 2 Year | 30.34 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 995510729 | 2016-04-30 Private Domain Protecti | ENGINEEREDRIGGING.COM | 2 Year | 0 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 995510729 | 2016-04-30 Private Domain Ownership Protecti | ENGINEEREDRIGGING.COM | 2 Year | 9.98 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 995165130 | 2016-04-29 Certified Domain Renewal | engineeredrigg@ng.com | 2 Year | 28.34 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 995165130 | 2016-04-30 .COM Domain Registration | engineeredrigg@ng.com | 2 Year | 29.98 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 685165017 | 2014-04-29 .COM Domain Renewal | ENGINEEREDRIGGING.COM | 2 Year | 0 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 685165017 | 2014-04-29 Ultimate Domain Protection | engineeredrigg@ng.com | 2 Year | 0 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 685165017 | 2014-04-29 Domain Registration | engineeredrigg@ng.com | 2 Year | 0 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 685165017 | 2014-04-29 Private Domain Registration | engineeredrigg@ng.com | 2 Year | 0 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 685165017 | 2014-04-25 Domain Ownership Protecti | engineeredrigg@ng.com | 2 Year | 0 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |
| 685165017 | 2014-04-29 Certified Domain Registratic | engineeredrigg@ng.com | 2 Year | 9.98 USD | Eddy Kitchen | 7913 Dumontar C | 23838 US | 1.80481448 | eddy@KitchensEi | CreditCard | Amex | 2007 |

https://account.godaddy.com/receipts/view/685163017?plid=1

CONTACT US 24/7 1-480-505-8877

Receipt
№ 685163017

DATE:
4/29/2014

CUSTOMER #:
16418801

BILL TO:
Eddy Kitchen
7913 Dunnottar Court,
Chesterfield, Virginia 23838,
United States
Kitchen's Crane & Equipment
+1.8048144844

PAYMENT:
AMEX •••• 2007                                        $68.30

Previous Balance                                     $68.30

Received Payment                                    ($68.30)

Balance Due (USD)                                    $0.00

| Term | Product | Amount |
|------|---------|--------|
| 2 yrs | .COM Domain Registration engineeredrigging.com [1] | $27.98 |
| 2 yrs | Ultimate Domain Protection and Security | $29.98 |

My Account | Billing                                                                    https://account.godaddy.com/receipts/view/685163017?plid=1

engineeredrigging.com

| | | |
|---|---|---|
| 2 yrs | Private Domain Registration engineeredrigging.com | $0.00 |
| | Discount | $19.98 −$19.98 |
| 2 yrs | Domain Ownership Protection engineeredrigging.com | $0.00 |
| | Discount | $35.96 −$35.96 |
| 1 yr | Get Found Starter | $0.00 |
| 2 yrs | Certified Domain Registration engineeredrigging.com | $9.98 |

| | |
|---|---|
| **Subtotal** | **$67.94** |
| Taxes | $0.00 |
| Fees | $0.36 |
| **Total (USD)** | **$68.30** |

REFERENCE

| | |
|---|---|
| Taxes | $0.00 |
| GoDaddy.com, LLC 100 S Mill Ave, Suite 1600, Tempe, Arizona 85281, United States | $0.00 |

7/17/2025, 5:10 PM

My Account | Billing      https://account.godaddy.com/receipts/view/685163017?plid=1

| | Fees | $0.36 |
|---|---|---|
| 1. | ICANN | $0.36 |
| | engineeredrigging.com | $0.36 |

<u>Universal Terms of Service</u>

My Account | Billing

https://account.godaddy.com/receipts/view/969165130?plid=1

CONTACT US 24/7 1-480-505-8877

Receipt
№ 969165130

---

DATE:
4/29/2016

CUSTOMER #:
16418801

BILL TO:
Eddy Kitchen
7913 Dunnottar Court,
Chesterfield, Virginia 23838,
United States
+1.8048144844

PAYMENT:
AMEX •••• 2007                                        $9.98

---

Previous Balance                                      $9.98

Received Payment                                     ($9.98)

---

Balance Due (USD)                                     $0.00

| Term | Product | Amount |
|------|---------|--------|
| 2 yrs | Certified Domain Renewal<br>engineeredrigging.com | $9.98 |

1 of 2                                          7/17/2025, 5:12 PM

My Account | Billing                                   https://account.godaddy.com/receipts/view/9691651392?uid=1

| | |
|---|---|
| **Total (USD)** | **$9.98** |

REFERENCE

| | |
|---|---|
| Taxes | $0.00 |

| | |
|---|---|
| GoDaddy.com, LLC | $0.00 |

100 S Mill Ave, Suite 1600,
Tempe, Arizona 85281,
United States

| | |
|---|---|
| Fees | $0.00 |

Universal Terms of Service

7/17/2025, 5:12 PM

My Account | Billing                                       https://account.godaddy.com/receipts/view/969510729?plid=1

CONTACT US 24/7 1-480-505-8877

Receipt

№ 969510729

DATE:

4/30/2016

CUSTOMER #:

16418801

BILL TO:

Eddy Kitchen

7913 Dunnottar Court,

Chesterfield, Virginia 23838,

United States

+1.8048144844

PAYMENT:

AMEX •••• 2007                                                      $96.28

Previous Balance                                                   $96.28

Received Payment                                                  ($96.28)

Balance Due (USD)                                                  $0.00

| Term | Product | Amount |
|---|---|---|
| 2 yrs | .COM Domain Renewal<br>ENGINEEREDRIGGING.COM [1] | $29.98 |
| 2 yrs | Ultimate Domain Protection and Security Renewal | $65.94 |

1 of 2                                                          7/17/2025, 5:13 PM

My Account | Billing        ?pid=1      https://account.godaddy.com/receipts/view/9695107297...

ENGINEEREDRIGGING.COM

| | | | |
|---|---|---|---|
| 2 yrs | Domain Ownership Protection Renewal | | $0.00 |
| | ENGINEEREDRIGGING.COM | $25.90 | |
| | Discount | −$25.90 | |
| 2 yrs | Private Domain Registration Renewal | | $0.00 |
| | ENGINEEREDRIGGING.COM | $19.98 | |
| | Discount | −$19.98 | |

| | |
|---|---|
| **Subtotal** | **$95.92** |
| Taxes | $0.00 |
| Fees | $0.36 |
| **Total (USD)** | **$96.28** |

**REFERENCE**

| | |
|---|---|
| Taxes | $0.00 |

GoDaddy.com, LLC      $0.00
100 S Mill Ave, Suite 1600,
Tempe, Arizona 85281,
United States

| | | |
|---|---|---|
| Fees | | $0.36 |
| 1.   ICANN | | $0.36 |
| ENGINEEREDRIGGING.COM | | $0.36 |

Universal Terms of Service

My Account | Billing

https://account.godaddy.com/receipts/view/1301254470?plid=1

CONTACT US 24/7 1-480-505-8877

Receipt
№ 1301254470

DATE:
4/29/2018

CUSTOMER #:
16418801

BILL TO:
Eddy Kitchen
7913 Dunnottar Court,
Chesterfield, Virginia 23838,
United States
Kitchen's Crane & Equipment
+1.8048144844

PAYMENT:
AMEX •••• 2007                                          $9.98

Previous Balance                                       $9.98

Received Payment                                     ($9.98)

Balance Due (USD)                                      $0.00

| Term | Product | Amount |
|------|---------|--------|
| 2 yrs | Certified Domain Renewal engineeredrigging.com | $9.98 |

7/17/2025, 5:14 PM

**Total (USD)**                                              $9.98

REFERENCE

Taxes                                                        $0.00

GoDaddy.com, LLC                                            $0.00
100 S Mill Ave, Suite 1600,
Tempe, Arizona 85281,
United States

Fees                                                        $0.00

Universal Terms of Service

My Account | Billing                                       https://account.godaddy.com/receipts/view/1301660576?plid=1

CONTACT US 24/7 1-480-505-8877

Receipt
№ 1301660576

**DATE:**
4/30/2018

**CUSTOMER #:**
16418801

**BILL TO:**
Eddy Kitchen
7913 Dunnottar Court,
Chesterfield, Virginia 23838,
United States
Kitchen's Crane & Equipment
+1.8048144844

**PAYMENT:**
AMEX •••• 2007                                              $86.30

| | |
|---|---|
| Previous Balance | $86.30 |
| Received Payment | ($86.30) |

| | |
|---|---|
| **Balance Due (USD)** | **$0.00** |

| Term | Product | Amount |
|---|---|---|
| 2 yrs | .COM Domain Renewal <br> ENGINEEREDRIGGING.COM [1] | $29.98 |
| 2 yrs | Ultimate Domain Protection and Security Renewal | $55.96 |

7/17/2025, 5:14 PM

My Account | Billing                                      https://account.godaddy.com/receipts/view/1301660576?p...

ENGINEEREDRIGGING.COM

| 2 yrs | Domain Ownership Protection Renewal | | $0.00 |
|---|---|---|---|
| | ENGINEEREDRIGGING.COM | $35.98 | |
| | Discount | −$35.98 | |
| 2 yrs | Private Domain Registration Renewal | | $0.00 |
| | ENGINEEREDRIGGING.COM | $19.98 | |
| | Discount | −$19.98 | |

| | | |
|---|---|---|
| **Subtotal** | | **$85.94** |
| Taxes | | $0.00 |
| Fees | | $0.36 |
| **Total (USD)** | | **$86.30** |

REFERENCE

Taxes                                                      $0.00

GoDaddy.com, LLC                                           $0.00
100 S Mill Ave, Suite 1600,
Tempe, Arizona 85281,
United States

Fees                                                      $0.36

1.    ICANN                                               $0.36
         ENGINEEREDRIGGING.COM                            $0.36

Universal Terms of Service

My Account | Billing    https://account.godaddy.com/receipts/view/1676724645?id=1

CONTACT US 24/7 1-480-505-8877

## Receipt
№ 1676724645

---

**DATE:**
4/29/2020

**CUSTOMER #:**
16418801

**BILL TO:**
Eddy Kitchen
7913 Dunnottar Court,
Chesterfield, Virginia 23838,
United States
Kitchen's Crane & Equipment
+1.8048144844

**PAYMENT:**
AMEX •••• 2007                                                      $9.98

---

**Previous Balance**                                               $9.98

**Received Payment**                                              ($9.98)

---

**Balance Due (USD)**                                             $0.00

| Term | Product | Amount |
|------|---------|--------|
| 2 yrs | Website Security Basic | $9.98 |
| | engineeredrigging.com | |

1 of 2                                                    7/17/2025, 5:15 PM

My Account | Billing                                    https://account.godaddy.com/receipts/view/1676724645?plid=1

**Total (USD)**                                    $9.98

REFERENCE

Taxes                                    $0.00

GoDaddy.com, LLC                                    $0.00
100 S Mill Ave, Suite 1600,
Tempe, Arizona 85281,
United States

Fees                                    $0.00

Universal Terms of Service

My Account | Billing                                                    https://account.godaddy.com/receipts/view/1677431391...

CONTACT US 24/7 1-480-505-8877

Receipt
№ 1677431391

DATE:
4/30/2020

CUSTOMER #:
16418801

BILL TO:
Eddy Kitchen
7913 Dunnottar Court,
Chesterfield, Virginia 23838,
United States
Kitchen's Crane & Equipment
+1.8048144844

PAYMENT:
AMEX •••• 2007                                                    $92.30

Previous Balance                                                  $92.30

Received Payment                                                ($92.30)

Balance Due (USD)                                                 $0.00

| Term | Product | Amount |
|------|---------|--------|
| 2 yrs | .COM Domain Renewal<br>ENGINEEREDRIGGING.COM [1] | $35.98 |
| 2 yrs | Ultimate Domain Protection and Security Renewal | $55.96 |

7/17/2025, 5:15 PM

My Account | Billing                                    https://account.godaddy.com/receipts/view/1677431391?plid=1

ENGINEEREDRIGGING.COM

| | | |
|---|---|---|
| 2 yrs | Domain Ownership Protection Renewal | $0.00 |
| | ENGINEEREDRIGGING.COM | |
| | $35.98 | |
| | Discount    −$35.98 | |
| 2 yrs | Private Domain Registration Renewal | $0.00 |
| | ENGINEEREDRIGGING.COM | |
| | $19.98 | |
| | Discount    −$19.98 | |

| | | |
|---|---|---|
| **Subtotal** | | **$91.94** |
| Taxes | | $0.00 |
| Fees | | $0.36 |
| **Total (USD)** | | **$92.30** |

---

**REFERENCE**

| | |
|---|---|
| Taxes | $0.00 |
| GoDaddy.com, LLC | $0.00 |
| 100 S Mill Ave, Suite 1600, | |
| Tempe, Arizona 85281, | |
| United States | |

| | |
|---|---|
| Fees | $0.36 |
| 1.    ICANN | $0.36 |
| ENGINEEREDRIGGING.COM | $0.36 |

Universal Terms of Service

My Account | Billing                                                                                    https://account.godaddy.com/receipts/view/2102399778

CONTACT US 24/7 1-480-505-8877

Receipt

№ 2102399778

---

DATE:
4/29/2022

CUSTOMER #:
16418801

BILL TO:
Eddy Kitchen
7913 Dunnottar Court,
Chesterfield, Virginia 23838,
United States
Kitchen's Crane & Equipment
+1.8048144844

PAYMENT:

AMEX •••• 2007                                                            $9.98

---

| | |
|---|---|
| **Previous Balance** | $9.98 |
| **Received Payment** | ($9.98) |

---

| | |
|---|---|
| **Balance Due (USD)** | $0.00 |

| Term | Product | Amount |
|---|---|---|
| 2 yrs | Website Security Basic<br>engineeredrigging.com | $9.98 |

My Account | Billing

https://account.godaddy.com/receipts/view/21023997787?pdf=1

| | |
|---|---|
| **Total (USD)** | **$9.98** |

REFERENCE

| | |
|---|---|
| Taxes | $0.00 |

GoDaddy.com, LLC                                      $0.00
100 S Mill Ave, Suite 1600,
Tempe, Arizona 85281,
United States

| | |
|---|---|
| Fees | $0.00 |

Universal Terms of Service

7/17/2025, 5:16 PM

My Account | Billing                                    https://account.godaddy.com/receipts/view/2102854215

CONTACT US 24/7 1-480-505-8877

Receipt
№ 2102854215

DATE:
4/30/2022

CUSTOMER #:
16418801

BILL TO:
Eddy Kitchen
7913 Dunnottar Court,
Chesterfield, Virginia 23838,
United States
Kitchen's Crane & Equipment
+1.8048144844

PAYMENT:
AMEX •••• 2007                                          $96.30

Previous Balance                                        $96.30

Received Payment                                        ($96.30)

Balance Due (USD)                                       $0.00

| Term | Product | Amount |
|------|---------|--------|
| 2 yrs | .COM Domain Renewal ENGINEEREDRIGGING.COM [1] | $39.98 |
| 2 yrs | Ultimate Domain Protection and Security Renewal | $55.96 |

1 of 2                                                  7/17/2025, 5:18 PM

ENGINEEREDRIGGING.COM

| | | | |
|---|---|---|---|
| 2 yrs | Website Security Basic | | $0.00 |
| | ENGINEEREDRIGGING.COM | $35.76 | |
| | Discount | −$35.76 | |
| 2 yrs | Full Domain Privacy and Protection - Renewal | | $0.00 |
| | ENGINEEREDRIGGING.COM | $19.98 | |
| | Discount | −$19.98 | |

| | |
|---|---|
| **Subtotal** | **$95.94** |
| Taxes | $0.00 |
| Fees | $0.36 |
| **Total (USD)** | **$96.30** |

**REFERENCE**

| | |
|---|---|
| Taxes | $0.00 |

GoDaddy.com, LLC                                                    $0.00
100 S Mill Ave, Suite 1600,
Tempe, Arizona 85281,
United States

| | |
|---|---|
| Fees | $0.36 |
| 1.    ICANN | $0.36 |
| ENGINEEREDRIGGING.COM | $0.36 |

Universal Terms of Service

My Account | Billing                                     https://account.godaddy.com/receipts/view/3023118165?p=1    My

CONTACT US 24/7 1-480-505-8877

Receipt
№ 3023118165

DATE:
4/8/2024

CUSTOMER #:
16418801

BILL TO:
Eddy Kitchen
7913 Dunnottar Court,
Chesterfield, Virginia 23838,
United States
Kitchen's Crane & Equipment
+1.8048144844

PAYMENT:
AMEX •••• 4003                                                                    $110.32

Previous Balance                                                                 $110.32

Received Payment                                                               ($110.32)

Balance Due (USD)                                                                  $0.00

| Term | Product | Amount |
|------|---------|--------|
| 2 yrs | .COM Domain Renewal<br>ENGINEEREDRIGGING.COM [1] | $43.98 |
| 2 yrs | Ultimate Domain Protection and Security Renewal | $65.98 |

1 of 2                                                                    7/17/2025, 5:18 PM

My Account | Billing                                                  https://account.godaddy.com/receipts/view/3023118165...

ENGINEEREDRIGGING.COM

| | | |
|---|---|---|
| 2 yrs | Website Security Basic | $0.00 |
| | ENGINEEREDRIGGING.COM | |
| | $47.76 | |
| | Discount −$47.76 | |
| | | |
| 2 yrs | Full Domain Privacy and Protection - Renewal | $0.00 |
| | ENGINEEREDRIGGING.COM | |
| | $25.98 | |
| | Discount −$25.98 | |

|  |  |
|---|---|
| **Subtotal** | $109.96 |
| Taxes | $0.00 |
| Fees | $0.36 |
| **Total (USD)** | $110.32 |

---

**REFERENCE**

Taxes                                                                    $0.00

GoDaddy.com, LLC                                                          $0.00
100 S Mill Ave, Suite 1600,
Tempe, Arizona 85281,
United States

---

Fees                                                                     $0.36

1.    ICANN                                                               $0.36
      ENGINEEREDRIGGING.COM                                        $0.36

---

Universal Terms of Service

7/17/2025, 5:18 PM

My Account | Billing                                                https://account.godaddy.com/receipts/view/3058616638?plid=1

CONTACT US 24/7 1-480-505-8877

Receipt
№ 3058616638

DATE:
4/29/2024

CUSTOMER #:
16418801

BILL TO:
Eddy Kitchen
7913 Dunnottar Court,
Chesterfield, Virginia 23838,
United States
Kitchen's Crane & Equipment
+1.8048144844

PAYMENT:
AMEX •••• 4003                                                      $29.98

Previous Balance                                                    $29.98

Received Payment                                                  ($29.98)

Balance Due (USD)                                                   $0.00

| Term | Product | Amount |
|------|---------|--------|
| 2 yrs | Website Security Basic | $29.98 |
| | engineeredrigging.com | |

My Account | Billing                                        https://account.godaddy.com/receipts/view/305861663...

**Total (USD)**                                                          $29.98

REFERENCE

Taxes                                                                    $0.00

GoDaddy.com, LLC                                                         $0.00
100 S Mill Ave, Suite 1600,
Tempe, Arizona 85281,
United States

Fees                                                                     $0.00

Universal Terms of Service

 **GoDaddy**  Domains ⌄   Websites ⌄   Email   Marketing ⌄   Commerce ⌄   🔍 ❓ 👤 🛒

✕                                                    **EXHIBIT 1.B**

# Search the WHOIS Database

| engineeredrigginggroup.com | Search |
|---|---|

⊘ **engineeredrigginggroup.com is taken**   Broker Service Fee ⓘ         | Add to Cart |
We still might be able to get it for you. See How        **$99.99**

## WHOIS search results

### Domain Information                    ∧

| Name | ENGINEEREDRIGGINGGROUP.COM |
|---|---|
| Registry Domain ID | 2831676117_DOMAIN_COM-VRSN |
| Registered On | 2023-11-21T21:03:30Z |
| Expires On | 2025-11-21T21:03:30Z |
| Updated On | 2024-11-22T08:40:11Z |
| Domain Status | client transfer prohibited |

## Find your Domain

| Find your perfect domain |
|---|

 # Take a look at these alternate options

**engineeredrigginggroup .net**

**$0.01** ~~$24.99~~
1st yr only with 3 yr term ⓘ                                    

**engineeredrigging.group**

**$35.99/yr**

**engineeredrigginggroup .org**

| Name Servers | NS1033.UI-DNS.COM |
| | NS1038.UI-DNS.ORG |
| | NS1041.UI-DNS.DE |
| | NS1053.UI-DNS.BIZ |

$9.99 ~~$22.99~~

for first year ⓘ

## engineeredrigginggrp.com



$0.01 ~~$21.99~~

1st yr only with 3 yr term ⓘ

## engineeringrigginggroup.com



$0.01 ~~$21.99~~

1st yr only with 3 yr term ⓘ

## Registrant Contact ^

| | |
| --- | --- |
| Name | - |
| Organization | - |
| Phone | - |
| Fax | - |
| Email | mailto:dataprivacyprotected@ionos.de |
| Mailing Address | PA |

## Technical Contact ^

| | |
| --- | --- |
| Name | - |
| Organization | - |
| Phone | - |
| Fax | - |
| Email | |

Mailing
Address

## Registrar Information ⌃

Name          IONOS SE

IANA ID       83

Abuse         abuse@ionos.com
Contact
Email

Abuse         tel:+1.8774612631
Contact
Phone

## DNSSEC Information ⌃

Delegation    Unsigned
Signed

**Notice and Remarks**

**Terms of Service**
Service subject to Terms of Use.
https://www.verisign.com/domain-
names/registration-data-access-
protocol/terms-service/index.xhtml

**Status Codes**
For more information on domain status
codes, please visit https://icann.org/epp
https://icann.org/epp

**RDDS Inaccuracy Complaint Form**
URL of the ICANN RDDS Inaccuracy
Complaint Form: https://icann.org/wicf
https://icann.org/wicf

Raw RDAP
Registry Data ⌄

Raw RDAP
Registrar Data ⌄

---

## About GoDaddy

About Us

Careers

Corporate Responsibility

Investor Relations

Legal

Newsroom

Trust Center

## Help Center

Help Center

Venture Forward: Microbusiness Data

GoDaddy Blog

Contact Us

Report Abuse

## Resources

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Corporate Domains

Redeem Code

Product Catalog

Videos

Business Name Generator

## Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro

Commerce Partners

## Account

Login to GoDaddy

Renewals & Billing

Create Account

## Shopping

Buy a Domain

Websites

Business Email

WordPress

Hosting

Web Security

Logo Generator

POS System

Online Payments

Phone Numbers

United States - English                                                                    USD $

Legal        Privacy Policy        Cookies

Do not sell my personal information

Copyright © 1999 - 2025 GoDaddy Operating Company, LLC. All Rights Reserved. The GoDaddy word mark is a registered trademark of GoDaddy Operating Company, LLC in the US and other countries. The "GO" logo is a registered trademark of GoDaddy.com, LLC in the US.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service.